TIM DALTON DUNN, #0936
GERRY B. HOLMAN, #6891
**DUNN & DUNN, P.C.**
505 East 200 South, 2nd Floor
Salt Lake City, Utah 84102
Telephone: (801) 521-6677
Facsimile:  (801) 521-9998
tdunn@dunndunn.com
gholman@dunndunn.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT JAMES TALBOT AND LINDA CHARLOTTE TALBOT, AS PARENTS AND HEIRS OF SHAWN ROBERT TALBOT, DECEASED and PERSONAL REPRESENTATIVES OF THE ESTATE OF SHAWN ROBERT TALBOT, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>U.S. EXTRADITION SERVICES, INC., U.S. EXTRADITION SERVICES, LLC, GORDON BROOKS; GREGORY REED; and DOES 1-25<br>Defendants. | **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>Civil No. 2:10-CV-00578-DAK<br><br>Judge Dale A. Kimball |

Plaintiffs and Defendants, pursuant to Rule 41 of the Federal Rules of Civil Procedure,

hereby stipulate and jointly move this Court for an order dismissing all claims with prejudice and

on the merits, each party to bear their respective attorney fees and costs.  The grounds for the

joint motion and stipulation are that the claims against Defendants have been compromised and fully settled.

DATED this **21st** day of December, 2010.

DUNN & DUNN, P.C.

_____
GERRY B. HOLMAN, Esq.
TIM DALTON DUNN, Esq.
*Counsel for Defendants*

APPROVED AS TO FORM:

_____
CHARLES GRUBER, Esq.
*Counsel for Plaintiffs*

_____
DAVID L. MORGAN, Esq.
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** was sent on the date and by the method indicated below to the following:

Charles A. Gruber
P.O. Box 900122
Sandy, UT  84090
*Attorney for Plaintiff*

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) Email

David L. Morgan
The Law Offices of David L. Morgan
211 E. Main Street
Lehi, UT  84043
*Attorney for Plaintiff*

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

DATED this ___21st___ day of December 2010.

Legal Secretary